IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMES A. RUPERT, WILLIAM E. AND KAREN A. TRAVIS, AND BRYAN MARTIN** individually and on behalf of all others similarly situated, | : : : : : | Docket No. 2:21-cv-1281 |
| **Plaintiffs,** | : : | Electronically Filed Document |
| v. | : : | Jury Trial Demanded |
| **RANGE RESOURCES - APPALACHIA, LLC, RANGE RESOURCES CORP.** | : : : : | |
| **Defendants.** | : : | |

_____

**JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE OF DEFENDANT RANGE RESOURCES CORPORATION ONLY**
_____

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs James A. Rupert, William E. and Karen A. Travis, and Bryan E. Martin, individually and on behalf of a class of similarly situated persons, and Defendant Range Resources Corp., stipulate and agree to dismissal without prejudice of all claims asserted by Plaintiffs against Defendant Range Resources Corp. in this action. All parties shall bear their own costs and fees.

Dated: November 28, 2022

Respectfully submitted,

By: */s/ Stacy A. Burrows*_____
Stacy A. Burrows
George A. Barton
Barton and Burrows, LLC
5201 Johnson Drive, Ste. 110
Mission, KS 66052
(913) 563-6253
george@bartonburrows.com
stacy@bartonburrows.com

and

William H. Knestrick, Esq.
Neighborhood Attorneys, LLC

8 East Pine Ave.
Washington, PA 15301
(724) 705-7082
william@neighborhoodattys.com

***Attorneys for Plaintiffs and the Proposed Class***

By: */s/ Justin H. Werner*
Justin H. Werner
Thomas J. Galligan
Alex G. Mahfood
225 Fifth Avenue
Pittsburgh, PA 15222
(412) 288-3131
jwerner@reedsmith.com
tgalligan@reedsmith.com
amahfood@reedsmith.com

***Attorneys for Defendant Range Resources Corp.***