IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES A. RUPERT, WILLIAM E. AND KAREN A. TRAVIS, AND BRYAN MARTIN, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>RANGE RESOURCES - APPALACHIA, LLC RANGE RESOURCES CORP.<br><br>　　　　　Defendants. | Docket No. 2:21-cv-01281-PLD<br><br>Electronically Filed Document<br><br>Magistrate Judge Patricia Dodge |

**BRIEF IN SUPPORT OF PLAINTIFFS'
MOTION FOR CLASS CERTIFICATION**

# COVER PAGE

# FILED UNDER SEAL